**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BONITA HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| vs. | ) 1:24-CV-4666-VMC |
| | ) |
| THOR MOTOR COACH, INC.; and | ) |
| MERCEDES-BENZ SOUTH USA, | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

---

**MOTION TO DISMISS**
**OF DEFENDANT THOR MOTOR COACH, INC.**

COMES NOW the Defendant THOR MOTOR COACH, INC. ("Thor" or "Defendant"), pursuant to Fed.R.Civ.P. Rule 12(b)(6), and moves to dismiss Plaintiff's claims on the basis of expiration of the limitations period contained in its Limited Warranty, under applicable Indiana law.

1

WHEREFORE, Thor Motor Coach, Inc., respectfully requests that the Court grant this Motion, dismiss Plaintiff's claims against it, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted, this 29th day of October, 2024.

COPELAND, STAIR, VALZ & LOVELL, LLP

*/s/ Mark D. Lefkow*
MARK D. LEFKOW
Georgia Bar No.: 004289
*Attorneys for Defendant Thor Motor Coach, Inc.*

191 Peachtree Tower, Suite 3600
191 Peachtree Street, NE
Atlanta, Georgia 30303-1740
Phone: 404-522-8220
Fax: 404-523-2345
Email: mlefkow@csvl.law

## CERTIFICATE OF COMPLIANCE AND CERTIFICATE OF SERVICE

I certify that the foregoing document was prepared using Times New Roman 14-point font, one of the fonts and typeface sizes allowed by the Local Rules of the Northern District of Georgia.

I further certify that I have, this day, served a copy of the foregoing document on the following pro se, non-ECF participant by electronic mail to the following:

Bonita Hunt
1718 Connally Drive
East Point, GA 30344
md2bhunt@icloud.com

This, the 29th day of October, 2024.

COPELAND, STAIR, VALZ & LOVELL, LLP

*/s/ Mark D. Lefkow*
MARK D. LEFKOW
Georgia Bar No.: 004289
*Attorneys for Defendant Thor Motor Coach, Inc.*

191 Peachtree Tower, Suite 3600
191 Peachtree Street, NE
Atlanta, Georgia 30303-1740
Phone: 404-522-8220
Fax: 404-523-2345
Email: mlefkow@csvl.law

3