# DECLARATION

The Declarant identified below states on oath and deposes as follows:

1.

My name is Mark Stanley. I am over the age of eighteen (18) years and am legally competent to make this Declaration. The facts stated in this Declaration are within my personal knowledge. I understand that this Declaration is given in support of Thor Motor Coach's Motion to Dismiss in the case of Bonita Hunt v. Thor Motor Coach, et al., United States District Court for the Northern District of Georgia, Civil Action No. 1:24-cv-04666-VMC (the "Lawsuit").

2.

I am an employee of Thor Motor Coach ("Thor"). I have knowledge of Thor's recordkeeping procedures and, specifically, regarding the Limited Warranty for the 2022 19p Sanctuary recreational vehicle (the "RV") that Thor's records show is at issue in the Lawsuit. A true and correct copy of Thor's published Limited Warranty applicable to the RV is attached to this declaration as Exhibit A.

**EXHIBIT 1**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this, the 29th day of October 2024.

Name: Mark Stanley
Title: Consumer Affairs Manager
Thor Motor Coach
Declarant

9341792v.1