Dealer must review this warranty guide with the purchaser(s) and return the completed TMC Product Warranty Registration Form to Thor Motor Coach within 15 days of vehicle delivery.

# WARRANTY
## GUIDE

### CLASS B
### MOTORHOMES
### ENGLISH/FRANÇAIS



LIMITED **WARRANTY**

2 YEAR



THOR
MOTOR COACH

Made to fit.

Revision Date 03/01/2021





**Made to fit.**

Information is included in this Warranty Guide for individual component manufacturers, including manufacturers whose component parts are optional on some vehicles or may not be available on your particular model. The inclusion of this information does not indicate or imply that the component(s) or option(s) were at any time available, or can be retrofitted to your vehicle, and is subject to change. If you, the purchaser, have any questions or concerns regarding this Warranty Guide, or information contained in the various individual component manufacturer's instructions (or you believe individual component manufacturer instructions may be missing) please contact your selling dealership, or call Thor Motor Coach Customer Care for assistance: 877-855-2867 (EST-Indiana).

Copyright Thor Motor Coach, Inc. © 2021

TMC Part Number 0495898 Rev. 03/01/2021

A

#  Table of Contents

Thor Motor Coach . . . . . . . . . . . . . . . . . . 1

About This Warranty Guide . . . . . . . . . . . 1

Information for the New Owner . . . . . . . . . . 2

Owner and Vehicle . . . . . . . . . . . . . . . 2

Thor Motor Coach Customer Care . . . . . . . . 3

Dealership Assistance . . . . . . . . . . . . . . 3

TMC On-line Customer Support . . . . . . . . . 4

Customer Satisfaction Process . . . . . . . . . . 5

Chassis Manufacturer Delayed Warranty Registration . . 7

Component Manufacturer Warranty Registrations . . . 8

Change of Address or Ownership . . . . . . . . . 9

Thor Motor Coach® Recreational Vehicle Privacy
Notice . . . . . . . . . . . . . . . . . . . . . 10

Thor Motor Coach Two-Year Limited Warranty,
Class B Motorhomes . . . . . . . . . . . . . . 11

This Limited Warranty Covers . . . . . . . . . . 11

Limitation and Disclaimer of Implied Warranties . . . 12

Disclaimer of Consequential and Incidental
Damages . . . . . . . . . . . . . . . . . . 13

What is NOT Covered . . . . . . . . . . . . . . 13

Coverage Ends . . . . . . . . . . . . . . . . . 15

Full-time, Residential, or Business-Use Warranty
Restrictions . . . . . . . . . . . . . . . . . 15

Repairs and Maintenance. . . . . . . . . . . . 16

Events That Discharge Thor Motor Coach's
Obligations Under Warranty . . . . . . . . . . 17

Legal Remedies . . . . . . . . . . . . . . . . . 17

Repair Remedy . . . . . . . . . . . . . . . . . 18

How To Get Service . . . . . . . . . . . . . . . 19

French Language Thor Motor Coach Class B
Warranty Guide . . . . . . . . . . . . . . . 21-42

# Thor Motor Coach



Thor Motor Coach (TMC) is the only Made to Fit® motorhome brand in North America. TMC's diverse product lineup includes many of the world's most recognized motorhome brands. As an industry leader in innovative design, TMC builds a variety of unique styles, sizes and floor plans that feel custom-made; at a truly competitive price.

TMC is committed to ensuring an excellent ownership experience with your new motorhome. Your selling dealership also wants you to be completely satisfied, and invites you to return for all your service needs, both during and after the warranty period.

We thank you for choosing Thor Motor Coach. For more information, visit **thormotorcoach.com** or call **800-860-5658**.

## About This Warranty Guide

This Warranty Guide contains important information about your Thor Motor Coach Class B Limited Warranty. It also contains other important information you need to know as a new motorhome owner. Additionally, this Warranty Guide includes a **TMC Warranty Registration Form, which must be completed and returned to Thor Motor Coach within 15 days of vehicle delivery**.

Please read and review this TMC Warranty Guide with your selling dealer and ask any questions you may have regarding this warranty and/or warranty coverage. If, after reviewing this document with your selling dealer, you still have questions or concerns about the TMC Class B Limited Warranty, please contact Thor Motor Coach Customer Care. Factory representatives will be able to guide you through the warranty coverage, warranty period, and warranty registration process, along with warranty claims and service information.

Keep this Warranty Guide and your TMC Owner's Manual with your vehicle, and make them available to your dealership or repair shop if warranty work is needed. Be sure to keep this document with your vehicle if you sell it so that future owners will have this information available to them.

# Information for the New Owner



## Owner and Vehicle

Owner's Name:

Phone Numbers, Cell:                    Home:                    Other:

Street Address:

City, State, ZIP:

Vehicle Identification Number (17-Digit VIN):

Thor Motor Coach Serial Number:

Date Vehicle First Delivered or Put Into Use:

Odometer Reading on Date Vehicle First Delivered or Put Into Use:

Selling Dealership Name:

Selling Dealership Phone Number:



## Thor Motor Coach Customer Care

If you have any comments, questions, or concerns regarding your TMC motorhome, please contact TMC Customer Care:

**Toll Free: 877-855-2867 M-F, 8:00am to 5:00pm EST**

**Thor Motor Coach**
**P.O. Box 1486**
**Elkhart, IN 46515-1486 USA**

**https://www.thormotorcoach.com/customer-care/**

## Dealership Assistance

Your selling dealership has a vested interest in your continued satisfaction. They are responsible for pre-delivery servicing and are best equipped to provide for your motorhome's continued service needs. TMC recommends that your selling dealership perform all inspection, warranty and maintenance services. Some dealerships may be authorized service centers for individual component and part manufacturers, whose factory-installed products are warranted separately and excluded from Thor Motor Coach's Limited Warranty.



## TMC Online Customer Support

Specific operational and maintenance instructions for the systems and factory-installed components of your motorhome, along with component supplier contact information, is available on-line through the TMC Owners Resource.

This service is complementary to owners of TMC motorhomes. Create a user account by entering your contact information and your motorhome's 17-digit Vehicle Identification Number (VIN). The site will return to you a list of instructional manuals and quick-start guides associated to the factory installed components of your individual motorhome. Documents are provided in a viewable, download-able, and printable .pdf format.

As an added bonus, TMC provides informative 'how-to' videos on the Thor Motor Coach YouTube channel. For your convenience, instructional videos are also listed and linked from your TMC Owners Resource account.



**thormotorcoach.com/owner-resource/**



## Customer Satisfaction Process

Your satisfaction and goodwill are important to your selling dealership and to TMC. Normally, your selling dealership's sales and/or service departments will resolve any concerns with the sales transaction or the operation of your vehicle. However, despite the best intentions, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

### STEP 1:

Discuss your concern with a member of the dealership's management.

### STEP 2:

If, after contacting a member of the dealership's management, it appears your concern cannot be resolved by the dealer without further help, contact the Thor Motor Coach Customer Care Center by calling our toll free number:

**877-855-2867**

A TMC Customer Care Representative will carefully review all the facts involved and let you know what further action will be taken in conjunction with the selling dealership or authorized repair center. Please have the following information available:

- Your name, location, and telephone number;
- Your motorhome's 17-digit vehicle identification number (VIN);
- TMC serial number;
- Date of purchase;



Customer Satisfaction Process, continued

- Current odometer reading;
- Name of the selling dealership;
- Name, address, and phone number of the dealership or repair shop servicing your motorhome;
- Details of the concern;
- If applicable, the component appliance description (including model and serial numbers).

STEP 3:
The goal of both TMC and your selling dealership is for you to be completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, and if you do not agree with the decision in your case, you may reject it and proceed with any other venue for relief available to you.

Another option available to you is the Dispute Resolution Program. For further information, please contact:

**DeMars & Associates**

**demarsassociates.com/drp**



## Chassis Manufacturer Delayed Warranty Registration

***IMPORTANT!*** It is the selling dealership's responsibility to register the chassis with the appropriate chassis manufacturer. To help improve overall customer satisfaction, it is critical these forms are completed once the retail sale is made.

Failure to submit the form to the chassis manufacturer at the time of delivery will reduce warranty coverage to the purchaser by the time and mileage that has accumulated since the chassis was delivered to TMC. In addition, the National Highway Transportation Safety Administration (NHTSA) requires all vehicles to be registered with the final stage manufacturer as well as the chassis manufacturer.

### RAM PROMASTER:
The dealership must complete the FCA Retail Customer (End User) Warranty Start Form and email a copy of the completed form to: **fleetsd@fcagroup.com**

### SPRINTER:
**USA DEALERS**: Follow the on-line process under the "Resources" section at: **www.upfitterportal.com/en-us**
Contact TMC Customer Care at **877-855-2867** (EST-Indiana) for the **Upfitter Token.**

**CANADIAN DEALERS**: Submit a completed paper copy Delayed Warranty Form to Daimler (Mercedes-Benz) by email to:

**warrantyregistration@mercedes-benz.ca** following the process listed at:

**www.upfitterportal.com/en-ca/resources/delayed-warranty-form** or at:

**www.upfitterportal.com/fr-ca/resources/delayed-warranty-form**



# Component Manufacturer Warranty Registrations

Your motorhome is equipped with features and components that has printed material provided by the various individual component part manufacturers (e.g., warranty cards or registrations, operation and/or maintenance instructions, etc.). This information is compiled in a package referenced throughout this Warranty Guide and your TMC Owner's Manual as an **Owner's Packet**.

Your selling dealership can assist you in completing applicable individual component part manufacturer warranty cards and/or registrations, along with locating required component model or serial numbers. Familiarize yourself with the applicable component part warranties located in your Owner's Packet. You are responsible for ensuring the procedures for obtaining warranty repairs are followed properly.

Component Model and Serial numbers are listed on a printed form that is attached to the inside of your motorhome. Known as the **Component Serial Data Card**, this reference is useful for keeping track of the serialized components installed in and/or on your motorhome by TMC. An electronic version of your Component Serial Data Card, and other useful information pertaining to your motorhome, is available to you through the on-line **TMC Owners Resource** document service. Refer to your Owner's Manual for this and other on-line resources.



## Change of Address or Ownership

The **National Traffic and Motor Vehicle Safety Act of 1966** requires manufacturers to be able to contact vehicle owners when a correction of a safety-related defect or noncompliance issue with an applicable federal motor vehicle safety standard becomes necessary.

To enable TMC to contact you (the current owner) with important vehicle product and safety updates, including vehicles with expired warranty coverage, please update your vehicle-related or ownership information by contacting TMC Customer Care in writing, either by faxing **574-294-3618** (attention: Registrations), or by emailing to:

**registrations@tmcrv.com**

Include the following:

- Your legal name;
- Your current mailing address (include your prior mailing address for change of address notifications);
- Your telephone number;
- Your email address;
- Your vehicle's 17-digit vehicle identification number (VIN;)
- Your TMC serial number;
- Legal proof of purchase (e.g., a legible copy of your bill of sale or insurance card);
- Current motorhome odometer reading.



# Thor Motor Coach® Recreational Vehicle Privacy Notice

Your Thor Motor Coach RV contains systems which allow Thor Motor Coach to collect information about your recreational vehicle, how it is used, and where it is located, and your Internet connection established through the RV's embedded equipment. Thor Motor Coach may also collect information about you, your RV, and how and where it is used through devices, applications, and services you use in connection with your Connected RV.

Some data, including location information, may be transmitted to Thor Motor Coach (directly or through its service providers) via the included Winegard modem/router whenever that device is connected to the Internet (via wi-fi, cellular connection, or other means). This data may be transmitted regardless if your RV is parked or in motion.

Thor Motor Coach collects, uses, stores, and/or shares this data for a number of reasons, including providing assistance to you, trouble-shooting, improving its products, and to offer you products and services which may be of interest to you.

For more information and updates about what information Thor Motor Coach may collect, how we use, store, and share it, and how we protect it, please review the Thor Industries Privacy Policy (**www.ThorIndustries.com/privacy-policy/**) and the Winegard Company Privacy Policy (**www.Winegard.com/about/privacy-policy**).

You may prevent sharing by disconnecting the Winegard modem/router from the electrical power source. Note: if you disable or limit information sharing with Thor Motor Coach or its partners certain product features may not work or may have limited functionality.

Thor Motor Coach RVs with connectivity features are intended for use in the United States and Canada only. Data and privacy protection laws where you use the RV may impose certain responsibilities on you with respect to your use of RV and related services. You are responsible for ensuring you comply with such laws when you use the RV and related services. You are responsible for informing those you permit to use or occupy your RV (with or without you, and including anyone to whom you loan, give, or sell the Connected RV) how data related to their use of the RV may be collected and processed.

If your Thor Motor Coach RV is equipped with a Sirius Radio receiver, TMC will forward your vehicle and contact information to Sirius. They will use this information to activate your subscription.

Please contact Thor Motor Coach Customer Service at **877-855-2867** if you have any questions about this privacy notice or our privacy practices.

# Thor Motor Coach Two-Year Limited Warranty, Class B Motorhomes 

## This Limited Warranty Covers

i.   **ONLY** the first retail owner and any second retail owner of the motorhome;

ii.  **ONLY** those portions of the motorhome not excluded under the section "What is Not Covered," when sold by an authorized dealership, and;

iii. **ONLY** defects in workmanship performed and/or materials used to assemble those portions of your motorhome not excluded under the section "What is Not Covered." "Defect" means the failure of the workmanship performed and/or materials used to conform the motorhome to Thor Motor Coach's (TMC's) design and manufacturing specifications and tolerances.

> This Limited Warranty is not transferable beyond the second retail owner. The second retail owner's warranty coverage period shall be the unexpired balance of the warranty coverage period the first retail owner received. The second retail owner must complete and submit a Thor Motor Coach Product Warranty Registration Form before the expiration of the original owner's warranty period. TMC Warranty Registration Forms are available from TMC's Warranty Department.

When you request and accept the performance of warranty repairs under the terms of this Limited Warranty, you are accepting all terms of this Limited Warranty, including by way of example, warranty limitations and disclaimers, the forum selection clause and the clause reducing the time period when suit must be filed for breach.

If any term or condition in this limited warranty conflicts with your state's Uniform Commercial Code ("UCC"), as interpreted by courts within your state, the provisions of your state's UCC are varied as allowed for by UCC 1-302.



## Limitation and Disclaimer of Implied Warranties

**UNLESS PROHIBITED BY LAW, THE DURATION OF ANY IMPLIED WARRANTY OF MERCHANTABILITY, WHICH ARISES BY OPERATION OF STATE LAW, IS LIMITED:**

**i. TO THE DURATION OF THE LIMITED WARRANTY;**

**ii. IN SCOPE OF COVERAGE TO THOSE PORTIONS OF YOUR MOTORHOME COVERED BY THIS LIMITED WARRANTY;**

**iii. TO DEFECTS EXISTING AT THE TIME OF SALE THAT SURFACED WITHIN THE DURATION OF THE IMPLIED WARRANTY OF MERCHANTABILITY, AND;**

**iv. TO DEFECTS THAT WERE DISCOVERED AND REPORTED WITHIN THE DURATION OF THE IMPLIED WARRANTY OR MERCHANTABILITY.**

**THERE ARE NO EXPRESS WARRANTIES OR ANY IMPLIED WARRANTIES OF MERCHANTABILITY ON THOSE PORTIONS OF THE MOTORHOME EXCLUDED FROM COVERAGE. NOTWITHSTANDING THE ABOVE PROVISIONS, TMC EXPRESSLY DISCLAIMS AND EXCLUDES ANY AND ALL IMPLIED WARRANTIES AND CONDITIONS, STATUTORY OR OTHERWISE, WHERE THE MOTORHOME IS SOLD IN CANADA.**

There is no warranty of any nature made by TMC beyond that contained in this Limited Warranty. No person has authority to enlarge, amend or modify this Limited Warranty. The dealer is NOT TMC's agent. TMC is not responsible for any undertaking, representation or warranty made by any dealer or others beyond those expressly set forth within this Limited Warranty.

Some states and provinces do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.



## Disclaimer of Consequential and Incidental Damages

**YOU, AS THE FIRST RETAIL BUYER OF THE MOTORHOME, AND ANY PERSON WHO IS AN INTENDED OR UNINTENDED USER OR BENEFICIARY OF THE MOTORHOME, SHALL NOT BE ENTITLED TO RECOVER FROM TMC ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES RESULTING FROM ANY DEFECT IN THE MOTORHOME, INCLUDING FUEL AND TRANSPORTATION EXPENSES TO DELIVER THE PRODUCT TO THE SERVICING DEALER, HOTEL ROOMS, LOST WAGES, DEPRECIATION, AND MOISTURE DAMAGE SUCH AS MOLD AND MILDEW, AS WELL AS RUST AND CORROSION. THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL NOT BE DEPENDENT UPON WARRANTY REPAIRS SUCCESSFULLY CURING ANY DEFECT; THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL SURVIVE ANY FAILURE OF THE LIMITED WARRANTY REMEDIES FULFILLING THEIR PURPOSE.**

Some states do not allow the exclusion or limitation of consequential or incidental damages, so the above exclusions may not apply to you.

## What is NOT Covered

- Any motorhome used for rental purposes or sold or registered outside of the United States or Canada;
- Accessories and equipment added or changed after the motorhome leaves the factory;
- Accessories and equipment that are working as designed, but which you are unhappy with the design;
- Normal wear and usage, such as fading or discoloration of fabrics, or damage caused by condensation;



- Defacing, scratching, dents and chips on any surface or fabric;

- Owner maintenance, including replacement of wiper blades, bulbs, filters, wheel alignments, programming and reprogramming of electronic devices, resealing exterior and interior sealant areas (see "Care and Maintenance" section of the Owner's Manual);

- The automotive chassis and power train, including, by way of example, the engine, drive-train, steering, ride and handling, braking, wheel balance, muffler, tire wear or failure, tubes, batteries and gauges;

- Appliances and components covered by their own manufacturer's warranty including the microwave, refrigerator, ice maker, stove, oven, generator, roof air conditioners, DVD players, televisions, water heater, furnace, stereo, radio, compact disc player, washer, dryer, inverter, battery power systems, and SkyBunk™ (sleeper roof);

- Damage due to road hazards, weather, and vehicular traffic or other accidents;

- Rust and corrosion; or flaking, peeling and chips or other defects or damage in or to the exterior or finish caused by rocks or other road hazards, the environment, including chemical off-gassing, airborne pollutants, salt, tree sap and hail causing any damage including but not limited to rust and corrosion.

Component part and appliance manufacturers issue limited warranties covering those portions of the motorhome not covered by the Limited Warranty issued by TMC. To learn more on what specific components and appliances are not covered by this Limited Warranty, please contact TMC directly or review the Owner's Packet inside your motorhome.



## Coverage Ends

Coverage ends **24 months** after the first retail owner takes delivery of the motorhome from an authorized dealership **OR** after the odometer reaches **30,000 miles** (48,000 km), whichever occurs first. Delivery occurs when the retail owner takes physical possession of the motorhome or has alterations done to it, whichever occurs first. **ANY CLAIMS AND CAUSES OF ACTION AGAINST TMC ARISING OUT OF THIS LIMITED WARRANTY, PURCHASE OR OPERATION OF THE MOTORHOME, INCLUDING FOR: BREACH OF THIS 24 MONTH LIMITED WARRANTY OR IMPLIED WARRANTIES, REVOCATION OF ACCEPTANCE, AND VIOLATIONS OF STATE CONSUMER PROTECTION AND DECEPTIVE TRADE LAWS MUST BE COMMENCED NOT MORE THAN 90 DAYS AFTER THE WARRANTY ENDS**.

## Full-time, Residential, or Business Use Warranty Restriction

If the motorhome is used for full time recreational travel and camping or as a residence **OR** is not of the current or prior model year when the first retail owner takes delivery of the motorhome **OR** was purchased, titled, or registered in a business name or used for any commercial or business purposes other than for rental purposes, the Limited Warranty ends **90 days** after the first retail owner takes delivery of the motorhome **OR** after the odometer reaches **5,000 miles** (8,000 km), whichever occurs first. If the motorhome has been purchased, titled, or registered in a business name or used for any commercial or business purpose, TMC disclaims any implied warranty of merchantability that may arise by operation of law. If the retail owner(s) has filed a federal, state or provincial tax form claiming any business tax benefit related to the motorhome, it will be conclusively presumed that the motorhome was used for commercial and/or business purposes. **ANY CLAIMS AND CAUSES OF ACTION AGAINST TMC ARISING OUT OF THIS LIMITED WARRANTY, PURCHASE OR OPERATION OF THE MOTORHOME, INCLUDING FOR: BREACH OF THIS 90 DAY LIMITED WARRANTY OR IMPLIED WARRANTIES, REVOCATION OF ACCEPTANCE, AND VIOLATIONS OF STATE CONSUMER PROTECTION AND DECEPTIVE TRADE LAWS MUST BE COMMENCED NOT MORE THAN 1 YEAR AFTER THE 90 DAY WARRANTY ENDS.**



Unless prohibited by state or provincial law, repairs and promises to repair will not extend the time when you must commence a breach of warranty claim and shall not extend the warranty coverage period. Some states and provinces do not allow the reduction of the time when a claim must be commenced, so the reduction in time when a claim must be commenced may not apply to you.

## Repairs and Maintenance

Any performance of repairs after the warranty coverage ends **OR** any performance of repairs to those portions of your motorhome excluded from coverage shall be considered "goodwill" repairs. Warranty repairs should be expected. TMC may use new and/or remanufactured parts and/or components of substantially equal quality to complete a repair.

Warranty repairs addressing defects and/or damage to interior or exterior surfaces, trim, upholstery or other appearance items, may have been performed at the factory during assembly **OR** at the selling dealership after delivery of the motorhome to your selling dealer. Normally, any defect and/or damage is detected and corrected at the factory or by the selling dealer during the inspection process. If you discover any defects or damage to the motorhome when you take delivery of your motorhome, you **MUST** notify your dealer **OR** TMC within **10 days** of the date of purchase to have damage repaired at no cost to you.

Some sealants, components, appliances, and systems require maintenance and adjustments as part of maintenance obligations, which are addressed in the documentation available from the TMC Owners Resource section of the Thor Motor Coach website: **https://www.thormotorcoach.com/owners/**

This limited warranty excludes maintenance obligations, including seal maintenance. During the first 90 days of the Limited Warranty coverage, adjustments, including but not limited to, interior or exterior doors, drawers, and latches, will be performed, at your request, at no cost to you by your selling dealer; thereafter, any further maintenance obligations are your exclusive responsibility.



## Events That Discharge Thor Motor Coach's Obligations Under Warranty

Any motorhome used for rental purposes or sold or registered outside of the United States or Canada; transfer of the Limited Warranty beyond a second retail owner; misuse or neglect, accidents, unauthorized alteration, failure to provide reasonable and necessary maintenance (see Owner's Manual), damage caused by off-road use, collision, fire, theft, vandalism, explosions, overloading in excess of rated capacities, and odometer tampering shall discharge TMC from any express or implied warranty obligation to repair any resulting defect.

## Legal Remedies

**EXCLUSIVE JURISDICTION FOR DECIDING LEGAL DISPUTES RELATING TO ALLEGED BREACH OF EXPRESS WARRANTY AND BREACH OF IMPLIED WARRANTIES ARISING BY OPERATION OF LAW AS WELL AS THOSE RELATING TO REPRESENTATIONS OF ANY NATURE MUST BE FILED IN A STATE OR FEDERAL COURT WITHIN THE STATE OF MANUFACTURE, WHICH IS INDIANA. ALSO, THIS LIMITED WARRANTY SHALL BE INTERPRETED AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF INDIANA. ANY AND ALL CLAIMS, CONTROVERSIES AND CAUSES OF ACTION ARISING OUT OF OR RELATING TO THIS LIMITED WARRANTY, WHETHER SOUNDING IN CONTRACT, TORT, OR STATUTE, SHALL BE GOVERNED BY THE LAWS OF THE STATE OF INDIANA, INCLUDING ITS STATUTE OF LIMITATIONS, WITHOUT GIVING EFFECT TO ANY CONFLICT-OF-LAW RULE THAT WOULD RESULT IN THE APPLICATION OF THE LAWS OF A DIFFERENT JURISDICTION.**

THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE AND PROVINCE TO PROVINCE.



## Repair Remedy

TMC's sole and exclusive obligation is to repair any covered defects discovered within the warranty coverage period if:

**(1)** within **10 days** of your discovery of a defect you notify TMC or an authorized dealership of the defect;

**(2) AND** you deliver your motorhome to TMC or an authorized dealership (at your expense), provided, however, that at TMC's election it may require you to deliver the motorhome to its facilities in Indiana or to another authorized service center or dealership for certain repairs.

---

**BACK-UP REMEDY**: If the primary repair remedy fails to successfully cure any defect after a reasonable number of repair attempts, your sole and exclusive remedy shall be to have TMC pay an independent service shop of your choice to perform repairs to the defect OR if the defect is incurable, have TMC pay diminished value damages.

The repair remedy and the back-up remedy MUST both be exhausted AND these remedies must fail to fulfill their essential purpose before you can seek other legal or equitable remedies for breach of this express warranty or for breach of any implied warranty. If diminished value damages are sought by you, both you and TMC (or the person providing the diminished value opinion) MUST, with specificity, disclose to the judge or jury how the diminished value figure was arrived at so the accuracy can be verified through replication. If the diminished value figure cannot be verified through replication, you and TMC agree that the diminished value opinion will not be used to determine the remedy for breach of warranty.

---

**THIS LIMITED WARRANTY IS NOT A WARRANTY THAT PROMISES OR EXTENDS TO FUTURE PERFORMANCE BECAUSE THE WARRANTY DOES NOT MAKE A REPRESENTATION ON HOW YOUR MOTORHOME WILL PERFORM IN THE FUTURE BUT INSTEAD REPRESENTS ONLY WHAT THE REMEDY WILL BE IF A DEFECT EXISTS.**



## How To Get Service

For warranty service simply contact an authorized warranty service facility for an appointment, then deliver your motorhome (at your expense) to the authorized warranty service facility. If you need assistance in locating an authorized warranty service facility, contact TMC's Warranty Department by calling:

**877-855-2867**

The mailing address is:

**Thor Motor Coach**
**P.O. Box 1486**
**Elkhart, IN 46515-1486 USA**



This page is intentionally left blank / Cette page a été intentionnellement laissée vide

Le concessionnaire doit passer en revue ce guide avec les acheteurs, puis retourner le formulaire d'enregistrement de garantie Thor Motor Coach à Thor Motor Coach dans les 15 jours de la livraison du véhicule.



# GUIDE DE GARANTIE

## AUTOCARAVANES DE CLASSE B

### FRANÇAIS



**2 YEAR** LIMITED WARRANTY

Date de rév. 01/03/2021



Made to fit.





**Made to fit.**

Ce Guide de garantie vous renseigne sur chaque fabricant de composants, y compris ceux dont les pièces sont en option sur certains véhicules ou non offertes pour votre modèle particulier. Ces renseignements sont sous réserve de modifications; la mention de composants et d'options ne suppose pas leur disponibilité, ni un montage possible en rattrapage sur votre véhicule. En votre qualité d'acheteur, n'hésitez pas à joindre votre concessionnaire ou l'assistance à la clientèle de Thor Motor Coach au 877 855-2867 (HNE-Indiana), si vous avez des questions ou des préoccupations relatives à ce Guide de garantie ou aux renseignements donnés dans les directives des fabricants de composants (ou si vous croyez que les instructions pour un composant sont manquantes).

Droits d'auteur Thor Motor Coach, Inc. © 2021                    Numéro de pièce TMC : 0495898 Rev. 01/03/2021

# Table des matières



Thor Motor Coach . . . . . . . . . . . . . . . . . 24
  À propos du guide de garantie . . . . . . . . . 24

Informations pour le nouveau propriétaire . . . . . 25
  Propriétaire et véhicule . . . . . . . . . . . . . . 25
  Assistance à la clientèle Thor Motor Coach . . . . 26
  Assistance concessionnaire . . . . . . . . . . . . 26
  Support client en ligne TMC . . . . . . . . . . . 27
  Processus de satisfaction du client . . . . . . . . 28
  Enregistrement de garantie différée du châssis auprès
    du fabricant . . . . . . . . . . . . . . . . . . . 30
  Enregistrement de garantie pour les composants
    du fabricant . . . . . . . . . . . . . . . . . . . 31
  Changement d'adresse ou de propriétaire . . . . . 32
  Déclaration de confidentialité concernant les véhicules
    récréatifs Thor Motor Coach® . . . . . . . . . . 33

Garantie Limitée de 2 ans Thor Motor Coach,®
  Autocaravanes de Classe B . . . . . . . . . . . . 34
  La couverture de cette garantie limitée concerne . . 34
  Limitation et exonération – garanties implicites . . . 35
  Exonération pour les dommages accessoires et
    indirects . . . . . . . . . . . . . . . . . . . . . 36
  Exclusions de la couverture . . . . . . . . . . . . 36
  Expiration de la couverture . . . . . . . . . . . . 38
    Restriction de garantie – Utilisation à plein temps,
      à des fins résidentielles ou commerciales . . . . 38
    Réparations et entretien . . . . . . . . . . . . . 39
  Facteurs qui libère les obligations sous garantie
    de Thor Motor Coach . . . . . . . . . . . . . . 40
  Recours judiciaires . . . . . . . . . . . . . . . . 40
  Recours – réparation . . . . . . . . . . . . . . . 41
  Service sous garantie . . . . . . . . . . . . . . . 42



# Thor Motor Coach

Thor Motor Coach (TMC) est la seule marque en Amérique du Nord à proposer des autocaravanes Made to Fit® (« construites à la demande »). La gamme de produits de TMC est diversifiée et comprend de nombreuses marques d'autocaravanes les plus reconnues au monde. En tant que leader de l'industrie dans la conception innovante, TMC construit un large éventail de modèles, de dimensions et de conceptions intérieures uniques, donnant d'impression d'être du sur-mesure ; à un prix très compétitif.

TMC tient à vous offrir une expérience propriétaire exceptionnelle avec votre nouvelle autocaravane. Dans la même optique, votre concessionnaire vendeur souhaite votre entière satisfaction; il vous convie à revenir pour tous vos besoins de service après-vente, pendant et après la période de garantie.

Nous vous remercions d'avoir choisi Thor Motor Coach. Pour plus d'informations, visitez **thormotorcoach.com** ou appelez le **800 860-5658**.

## À propos du guide de garantie

Le guide de garantie contient des informations importantes sur votre garantie limitée Thor Motor Coach, classe B. Le guide contient aussi d'autres informations importantes que vous devez connaître en tant que nouveau propriétaire d'une autocaravane. De plus, le guide de garantie comprend un **formulaire d'enregistrement de garantie TMC, qui doit être rempli et retourné à Thor Motor Coach dans les 15 jours suivant la livraison du véhicule**.

Veuillez lire et examiner le guide de garantie TMC avec votre concessionnaire vendeur et poser toutes les questions que vous pourriez avoir concernant cette garantie et/ou la couverture de la garantie. Si, après avoir examiné ce document avec votre concessionnaire vendeur, vous avez encore des questions ou des préoccupations concernant la garantie limitée TMC classe B, veuillez contacter le service à la clientèle de Thor Motor Coach. Les représentants d'usine pourront vous guider à travers la couverture de la garantie, la période de garantie et le processus d'enregistrement de la garantie, ainsi que les réclamations de garantie et les informations de service.

Conservez ce Guide de garantie et votre guide d'utilisation TMC dans votre véhicule; vous devrez les présenter à votre concessionnaire ou à l'atelier de réparation en cas de travail sous garantie. Si vous vendez votre véhicule, assurez-vous de conserver ce document avec le véhicule afin que les futurs propriétaires puissent disposer de ces informations.

# Informations pour le nouveau propriétaire
Propriétaire et véhicule



Nom du propriétaire :
_____

Numéro de téléphone, Cellule : _____ Accueil : _____ Autre : _____

Adresse :
_____

Ville, province, code postal :
_____

Numéro d'identification du véhicule (NIV) :
_____

Numéro de série Thor Motor Coach :
_____

Date de la livraison ou de l'utilisation initiales du véhicule :
_____

Relevé du compteur kilométrique à la date de la livraison ou de l'utilisation initiales du véhicule :
_____

Nom du concessionnaire :
_____

Numéro de téléphone du concessionnaire :
_____



## Assistance à la clientèle Thor Motor Coach

Veuillez communiquer avec l'assistance à la clientèle TMC si vous avez des questions, des suggestions ou des préoccupations relatives à votre autocaravane TMC :

**877 855-2867 L-V, de 8 h à 17 h HNE (Indiana)**

**Thor Motor Coach**
**P.O. Box 1486**
**Elkhart, IN 46515-1486 É.-U. (USA)**

**https://www.thormotorcoach.com/customer-care/**

## Assistance concessionnaire

Il est dans l'intérêt du concessionnaire vendeur d'optimiser votre satisfaction. En plus d'être responsable de l'entretien avant la livraison du véhicule, le concessionnaire vendeur est le mieux équipé pour assurer l'entretien continu de votre autocaravane. D'ailleurs, TMC recommande de confier à votre concessionnaire vendeur tous les services d'inspection, de garantie et de mainten-ance. Certains concessionnaires sont aussi des centres de services agréés pour les fabricants de composants et de pièces individuels; ces produits installés en usine sont couverts par une garantie séparée et sont exclus de la garantie limitée de Thor Motor Coach.



## Support client en ligne TMC

Des instructions spécifiques de fonctionnement et de mainten-
ance pour les systèmes et les composants installés en usine de
votre autocaravane, ainsi que les coordonnées des fournisseurs
de composants, sont disponibles en ligne via la ressource des
propriétaires TMC.

Ce service est complémentaire aux propriétaires de camping-cars
TMC. Créez un compte utilisateur en saisissant vos coordonnées
et le numéro d'identification de véhicule (NIV) à 17 chiffres de
votre camping-car. Le site vous renverra une liste de manuels
d'instructions et de guides de démarrage rapide associés aux
composants installés en usine de votre camping-car individuel.
Les documents sont fournis dans un format .pdf consultable,
téléchargeable et imprimable.

En prime, TMC propose des vidéos informatives sur la chaîne
YouTube de Thor Motor Coach. Pour votre commodité, des
vidéos pédagogiques sont également répertoriées et liées à
partir de votre compte TMC Owners Resource.



**thormotorcoach.com/owner-resource/**



## Processus de satisfaction du client

Votre concessionnaire vendeur et TMC prennent très au sérieux votre satisfaction et la bonne entente. En général, le service des ventes et/ou le service technique de votre concessionnaire vendeur résoudront tout problème concernant la transaction de vente ou le fonctionnement de votre véhicule. Cependant, malgré les meilleures intentions, des malentendus peuvent survenir. N'hésitez pas à prendre les mesures suivantes si votre demande n'a pas été satisfaite :

### ÉTAPE 1 :
Confiez-vous d'abord à un membre de la direction du concessionnaire.

### ÉTAPE 2 :
Si l'entretien avec le membre de la direction n'aboutit pas et laisse entendre que le concessionnaire a besoin d'aide pour traiter la question, appelez l'assistance à la clientèle Thor Motor Coach au numéro sans frais :

**877 855-2867**

Un représentant du service à la clientèle TMC examinera la question sous tous ses aspects, puis vous informera des mesures qui seront prises de concert avec le concessionnaire ou avec le centre de réparation agréé. Veuillez avoir les renseignements suivants :

- Votre nom, emplacement et numéro de téléphone ;
- Numéro d'identification du véhicule (NIV) de votre autocaravane (17 chiffres) et le numéro de série TMC ;
- Date d'achat ;



## Processus de satisfaction du client, suite

- Relevé courant du compteur kilométrique ;
- Nom du concessionnaire ;
- Nom, adresse et numéro de téléphone du concessionnaire ou de l'atelier de réparation de votre autocaravane ;
- Détails du sujet de préoccupation ;
- S'il y a lieu, la description de l'appareil du composant (y compris les numéros de modèleet de série).

### ÉTAPE 3 :

TMC et votre concessionnaire vendeur mettent tout en œuvre pour que vous soyez entièrement satisfait de votre nouveau véhicule. Néanmoins, si vous n'êtes toujours pas satisfait après avoir suivi les première et deuxième étapes et que vous n'acceptez pas la décision prise dans votre cas, vous pourrez la refuser et prendre toutes voies de recours dont vous disposerez.

Une autre option serait le Programme de règlement des différends. Pour d'autres informations, veuillez contacter :

**DeMars & Associates**

**demarsassociates.com/drp**



# Enregistrement de garantie différée du châssis auprès du fabricant

**IMPORTANT!** Il incombe au concessionnaire d'enregistrer le châssis auprès du bon fabricant. Il est primordial de remplir ces formulaires dès la vente conclue, en vue d'assurer une plus grande satisfaction globale du client.

Négliger d'envoyer le formulaire au fabricant à la livraison du châssis écourtera la période de garantie pour l'acheteur, en raison du temps et du kilométrage accumulés depuis la réception du châssis par TMC. Par ailleurs, la National Highway Transportation Safety Administration (NHTSA) prescrit l'enregistrement de tous les véhicules auprès du fabricant responsable de l'étape finale et du fabricant du châssis.

## RAM PROMASTER :
Le concessionnaire doit remplir le formulaire FCA de début de garantie de l'acheteur au détail (utilisateur final), puis envoyer par courriel une copie du formulaire rempli à :

**fleetsd@fcagroup.com**

## SPRINTER :
**Concessionnaires aux États-Unis** : Suivre les étapes sur Internet, dans la section « Resources », à **www.upfitterportal.com/en-us** (joindre l'assistance à la clientèle TMC au **877 855-2867** (HNE) pour obtenir le code d'expert MasterUpfitter).

**Concessionnaires au Canada** : Envoyer par courriel une copie papier du formulaire de garantie différée à Daimler (Mercedes-Benz), **warrantyregistration@mercedes-benz.ca** ; suivre le processus donné à :
**www.upfitterportal.com/en-ca/resources/delayed-warranty-form** ou à :
**www.upfitterportal.com/fr-ca/resources/delayed-warranty-form**



## Enregistrement de garantie pour les composants du fabricant

Votre autocaravane contient des documents imprimés fournis par les divers fabricants de composants et qui concernent un ensemble de composants et fonctionnalités (p. ex., cartes de garantie ou enregistrements, instructions d'utilisation et/ou d'entretien, etc.). Ces informations sont compilées dans un ensemble référencé dans le guide de garantie et dans le manuel du propriétaire de votre TMC et qui constitue la **trousse du propriétaire**.

Votre concessionnaire vendeur peut vous aider à remplir les cartes de garantie des fabricants de composants individuels applicables et/ou les enregistrements, ainsi qu'à localiser le modèle de composant requis ou les numéros de série. Il est important de prendre connaissance des garanties de composants applicables qui se trouvent dans la trousse du propriétaire. Vous devez vous assurer que les procédures visant l'obtention de réparations sous garantie sont suivies correctement.

Le modèle de composant et les numéros de série sont répertoriés sur un formulaire imprimé qui est joint à l'intérieur de votre autocaravane. Connue sous le nom de **carte de données pour les composants de série**, cette référence est utile pour garder une trace des composants sérialisés installés par TMC dans ou sur votre autocaravane. Une version électronique de votre carte de données pour les composants de série et d'autres informations utiles concernant votre autocaravane sont à votre disposition à partir du **service de documentation en ligne de TMC pour les propriétaires**. Consultez le guide d'utilisation pour ce document et d'autres ressources en ligne.



## Changement d'adresse ou de propriétaire

En application de la **National Traffic and Motor Vehicle Safety Act de 1966**, les fabricants doivent pouvoir joindre les propriétaires de véhicules lorsqu'un correctif est nécessaire (défaut touchant à la sécurité, ou cas de non-conformité à une norme fédérale de sécurité automobile).

Pour permettre à TMC de prendre contact avec vous (le propriétaire actuel) en cas de révisions importantes de sécurité (visant également les véhicules dont la garantie est expirée), faites parvenir par écrit vos coordonnées et votre information véhicule actualisées à l'assistance de la clientèle TMC, soit par télécopie au **574 294-3618** (au soin de : Registrations), ou par courriel à **registrations@tmcrv.com**. Fournir les renseignements suivants :

- Votre nom légal ;
- Votre adresse postale (donnez aussi votre adresse antérieure pour les avis de changement d'adresse) ;
- Votre numéro de téléphone ;
- Votre adresse de courriel ;
- Votre numéro d'identification du véhicule (NIV, 17 chiffres) ;
- Votre numéro de série TMC ;
- Une preuve d'achat juridique (par ex., une copie lisible de votre contrat de vente ou de votre carte d'assurance) ;
- Le relevé courant de l'odomètre.



# Déclaration de confidentialité concernant les véhicules récréatifs Thor Motor Coach®

Votre VR Thor Motor Coach comporte un appareillage permettant à Thor Motor Coach d'obtenir des renseignements à votre sujet et sur votre véhicule récréatif (mode d'utilisation, emplacement) à l'aide de votre connexion Internet établie par l'équipement embarqué du VR; les appareils, les applications et les services que vous utilisez lorsque votre VR est connecté à Internet peuvent également recueillir ces renseignements pour Thor Motor Coach.

Certaines informations, comme l'emplacement du VR, seront transmises à Thor Motor Coach (directement ou par ses fournisseurs de service) à l'aide du modem-routeur Winegard embarqué lorsque l'appareil est connecté à Internet (par Wi-Fi, connexion cellulaire ou autres moyens). Le VR peut être stationné ou en mouvement lors de la transmission de ces informations.

Thor Motor Coach collige, utilise, stocke ou partage ces données pour diverses raisons, notamment : vous venir en aide, vous dépanner, perfectionner ses produits et vous proposer des produits ou des services qui pourraient vous être utiles.

Nous vous invitons à lire la politique de confidentialité de Thor Industries (**www.ThorIndustries.com/privacypolicy/**) et la politique de confidentialité de Winegard Company (**www.Winegard.com/about/privacy-policy**) pour en savoir plus et vous tenir au courant des données colligées par Thor Motor Coach, de l'utilisation, du stockage et du partage de ces données, et de la protection des renseignements personnels.

Pour empêcher le partage des données, il vous suffit de débrancher le modem-routeur Winegard de la source d'alimentation électrique. Remarque : Désactiver ou limiter le partage des données avec Thor Motor Coach ou avec ses partenaires peut mettre hors service ou limiter le fonctionnement de certaines fonctions des produits.

L'utilisation des VR Thor Motor Coach avec fonctions de connectivité est réservée aux États-Unis et au Canada. Les lois sur la protection des données et des renseignements personnels du territoire où vous utilisez le VR peuvent vous imposer certaines obligations concernant l'utilisation de votre VR et des services connexes. Vous devez observer ces lois lorsque vous utilisez le VR et des services connexes. Il vous incombe d'informer les personnes que vous avez autorisées à utiliser ou à occuper votre VR en votre présence ou durant votre absence (également, toute personne à qui vous aurez loué, donné ou vendu le VR connecté) sur la collecte et le traitement des données à la suite de leur utilisation du VR.

Si votre Thor Motor Coach RV est équipé d'un récepteur radio Sirius, TMC transmettra votre véhicule et vos coordonnées à Sirius. Ils utiliseront ces informations pour activer votre abonnement.

Veuillez joindre le service à la clientèle de Thor Motor Coach au **877 855-2867** si vous avez des questions sur cette déclaration de confidentialité ou sur les pratiques du respect de la vie privée.

 # Garantie Limitée de 2 ans Thor Motor Coach, Autocaravanes de Classe B

## La couverture de cette garantie limitée concerne

i. **SEULEMENT** le premier et le second propriétaires au détail de l'autocaravane ;

ii. **SEULEMENT** les éléments de l'autocaravane non mentionnés dans la section « Exclusions de la couverture », lorsqu'elle est vendue par un concessionnaire agréé, et ;

iii. **SEULEMENT** les défauts de fabrication ou de matériaux utilisés dans l'assemblage des éléments de votre autocaravane non mentionnés dans la section « Exclusions de la couverture ». « Défaut » signifie un écart de fabrication ou une imperfection matérielle (non-conformité de la structure au procédé et aux tolérances de fabrication et de conception de Thor Motor Coach [« TMC »]).

> Cette garantie limitée devient incessible après son transfert au second propriétaire au détail. La durée de garantie du second propriétaire au détail doit correspondre à la période restante avant expiration de la garantie reçue par le premier propriétaire au détail. Le second propriétaire au détail doit remplir et présenter le Formulaire d'enregistrement de garantie Thor Motor Coach avant l'expiration de la période de garantie du propriétaire original. Communiquez avec le service de garantie de TMC pour obtenir un formulaire d'enregistrement de garantie TMC.

Lorsque vous demandez et acceptez l'exécution de réparations en vertu de la présente garantie limitée, vous acceptez par le fait même toutes les conditions de la garantie limitée, y compris, à titre d'exemple, les limitations et les exonérations, la clause du choix d'une instance et la clause de réduction du délai lorsqu'une instance pour rupture de garantie doit être introduite.

Si une modalité ou une condition de la présente garantie limitée entrent en conflit avec le Code commercial uniforme (UCC) de votre État/province tels qu'interprétés par la jurisprudence de votre État/province, les dispositions de l'UCC de votre État/province sont modifiées, tel que prévu par UCC 1-302.



## Limitation et exonération – garanties implicites

**SAUF SI LA LOI L'INTERDIT, UNE GARANTIE IMPLICITE DE QUALITÉ MARCHANDE, PAR EFFET DE LA LOIFÉDÉRALE, A LES LIMITATIONS SUIVANTES :**

**i. DURÉE : ÉGALE À CELLE DE LA GARANTIE LIMITÉE ;**

**ii. CHAMP D'APPLICATION : LIMITÉ AUX ÉLÉMENTS DE VOTRE AUTOCARAVANE COUVERTS PAR VOTRE GARANTIE LIMITÉE ;**

**iii. DÉFAUTS : LIMITÉS À CEUX PRÉSENTS AU MOMENT DE LA VENTE QUI SE RÉVÈLENT PENDANT LA DURÉE DE LA GARANTIE IMPLICITE DE QUALITÉ MARCHANDE, ET ;**

**iv. AUX DÉFAUTS CONSTATÉS ET SIGNALÉS PENDANT LA DURÉE DE LA GARANTIE IMPLICITE DE QUALITÉ MARCHANDE.**

**LES ÉLÉMENTS DE L'AUTOCARAVANE EXCLUS DE LA COUVERTURE N'ONT AUCUNE GARANTIE FORMELLE NI IMPLICITE DE QUALITÉ MARCHANDE. NONOBSTANT LES CLAUSES CI-DESSUS, TMC REFUSE ET REJETTE EXPRESSÉMENT TOUTE GARANTIE ET CONDITION IMPLICITES, STATUTAIRES OU AUTRE, LORSQUE L'AUTOCARAVANE EST VENDUE AU CANADA.**

La présente garantie limitée TMC est exclusive et remplace toutes les autres garanties. Aucune personne n'est autorisée à étendre le champ d'application de cette garantie limitée, ni à la modifier. Le concessionnaire n'est PAS un mandataire de TMC. TMC ne pourra être tenue responsable d'un engagement, d'une déclaration ou d'une garantie faits par un concessionnaire ou par une autre personne qui outrepassent les limites expressément fixées dans cette garantie limitée.

Certains États et certaines provinces interdisant de limiter la durée des garanties implicites, la limitation ci-dessus pourrait ne pas vous concerner.



## Exonération pour les dommages accessoires et indirects

**VOUS, À TITRE DE PREMIER ACHETEUR AU DÉTAIL DE L'AUTOCARAVANE (ET TOUTE PERSONNE QUI L'UTILISE INTENTIONNELLEMENT OU NON OU QUI EN PROFITE) N'AVEZ PAS LE DROIT DE DEMANDER À TMC UN DÉDOMMAGEMENT POUR LES DOMMAGES ACCESSOIRES OU INDIRECTS DUS À UN DÉFAUT DE L'AUTOCARAVANE, Y COMPRIS : LES FRAIS DE CARBURANT ET DE TRANSPORT POUR LA LIVRAISON DU PRODUIT AU CONCESSIONNAIRE; LES CHAMBRES D'HÔTEL; LE MANQUE À GAGNER; LA DÉPRÉCIATION; CAUSÉS PAR L'HUMIDITÉ (FORMATION DE MOISISSURE); LA ROUILLE ET LA CORROSION. L'EXCLUSION DE DOMMAGES ACCESSOIRES ET INDIRECTS N'EST PAS SUBORDONNÉE À LA RÉPARATION RÉUSSIE SOUS GARANTIE D'UN DÉFAUT : L'EXCLUSION DE DOMMAGES ACCESSOIRES ET INDIRECTS CONTINUERA D'EXISTER, MÊME SI UN RECOURS PRÉVU PAR LA GARANTIE LIMITÉE SE SOLDE PAR UN ÉCHEC.**

Certains États et certaines provinces interdisant l'exclusion ou la limitation de dommages accessoires ou indirects, les exclusions ci-dessus pourraient ne pas vous concerner.

## Exclusions de la couverture

- Une autocaravane utilisée à des fins de location, ou vendue ou enregistrée hors du Canada ou des États-Unis ;
- Les accessoires et l'équipement ajoutés ou modifiés après le départ de l'autocaravane de l'usine ;
- Les accessoires et l'équipement fonctionnant normalement, mais qui ne vous plaisent pas ;
- L'usure et l'utilisation normales, comme la décoloration des tissus ou les dommages causés par la condensation ;



- La dégradation, les rayures, les bosselures et les éclats sur une surface ou sur un tissu ;

- L'entretien par le propriétaire, notamment le remplacement des essuie-glace, des ampoules, des filtres, le réglage de la géométrie, la programmation et la reprogrammation des appareils électroniques, la pose de nouveaux joints sur les zones étanches extérieures (cf. la section d'entretien et de maintenance du guide d'utilisation) ;

- Le châssis et le groupe motopropulseur du véhicule, y compris, à titre d'exemple, le moteur, la transmission, la direction, la conduite et la maniabilité, le freinage, l'équilibrage des roues, le silencieux, l'usure ou la défaillance des pneus, les chambres à air, les batteries et les indicateurs ;

- Les appareils et composants couverts par la garantie de leur propre fabricant sont notamment les suivants : four à micro-ondes, réfrigérateur, machine à glaçons, cuisinière, four, génératrice, climatiseurs de toit, lecteurs DVD, téléviseurs, chauffe-eau, chauffage, chaîne stéréo, radio, lecteur de CD, laveuse, sécheuse, onduleur, systèmes d'alimentation par batterie et SkyBunk™ (toit couchette) ;

- Dommages dus aux dangers de la route, aux intempéries, à la circulation automobile ou à d'autres accidents ;

- La rouille et la corrosion; ou l'écaillage, le décollement, les éclats et autres défauts ou dommages de l'extérieur ou de la finition causés par des pierres ou par d'autres risques routiers; l'environnement, dont les dégagements gazeux de substances chimiques, les polluants en suspension dans l'air, le sel, la sève et la grêle entraînant des dommages, y compris mais non de façon limitative la rouille et la corrosion.

Les fabricants de composants et d'appareils donnent des garanties limitées couvrant les éléments de la caravane non protégés par la garantie limitée TMC. Pour un complément d'information sur les composants et sur les appareils particuliers non couverts par cette garantie limitée, communiquez directement avec TMC ou consultez le dossier du propriétaire dans votre autocaravane.



## Expiration de la couverture

La couverture prendra fin **24 mois** après que le premier propriétaire a pris livraison de l'autocaravane chez un concessionnaire agréé, **OU** lorsque le compteur indique **30 000 milles** (48 000 km) avant la fin des 24 mois. La livraison a lieu lorsque le propriétaire prend possession matérielle de l'autocaravane, ou lorsqu'il y fait apporter des modifications si cela survient avant. **TOUTE RÉCLAMATION ET TOUT MOTIF D'ACTION CONTRE TMC DÉCOULANT DE CETTE GARANTIE LIMITÉE, DE L'ACHAT OU DE L'UTILISATION DE L'AUTOCARAVANE (VIOLATION DE CETTE GARANTIE LIMITÉE DE 24 MOIS OU DES GARANTIES IMPLICITES, RÉVOCATION DE L'ACCEPTATION, VIOLATION DE LOIS ÉTATIQUES ASSURANT LA PROTECTION DES CONSOMMATEURS, LOIS COMMERCIALES TROMPEUSES) NE DOIVENT PAS COMMENCER PLUS DE 90 JOURS APRÈS LA FIN DE LA GARANTIE.**

## Restriction de garantie – Utilisation à plein temps, à des fins résidentielles ou commerciales

Si l'autocaravane est utilisée à plein temps pour le voyage d'agrément, pour le camping ou comme résidence, **OU** le modèle n'est pas celui de l'année en cours ou précédente lorsque le premier propriétaire au détail en prend livraison, **OU** son achat, son titre de propriété ou son enregistrement portent un nom commercial ou servent à des fins commerciales ou d'entreprise (autres que la location) : la garantie limitée expirera **90 jours** après que le premier propriétaire au détail en a pris livraison **OU** lorsque le compteur indique **5 000 milles** (8 000 km) avant la fin des 90 jours. Si l'achat, le titre de propriété ou l'enregistrement de l'autocaravane portent un nom commercial ou servent à des fins commerciales ou d'entreprise, TMC rejette toute garantie implicite de qualité marchande par effet de la loi. Si le propriétaire au détail a rempli une déclaration fiscale fédérale, provinciale ou d'État visant une demande de crédit d'impôt pour l'autocaravane, il en sera déduit péremptoirement qu'elle est utilisée à des fins commerciales ou d'entreprise. **TOUTE RÉCLAMATION ET TOUT MOTIF D'ACTION CONTRE TMC DÉCOULANT DE CETTE GARANTIE LIMITÉE, DE L'ACHAT OU DE L'UTILISATION DE L'AUTOCARAVANE (VIOLATION DE CETTE GARANTIE LIMITÉE DE 90 MOIS OU DES GARANTIES IMPLICITES, RÉVOCATION DE L'ACCEPTATION, VIOLATION DE LOIS ÉTATIQUES ASSURANT LA PROTECTION DES CONSOMMATEURS, LOIS COMMERCIALES TROMPEUSES) NE DOIVENT PAS COMMENCER PLUS DE 1 AN APRÈS LA FIN DE LA PÉRIODE DE 90 JOURS.**


Sauf si la loi d'État ou provinciale l'interdit, les réparations et les promesses de réparation ne prolongeront pas le délai au cours duquel vous devez engager une réclamation pour manquement à la garantie et ne prolongeront pas la période de couverture de la garantie. Certains États et certaines provinces interdisant de limiter le temps pour introduire une instance relative à la rupture de garantie, la limitation ci-dessus pourrait ne pas vous concerner. Expiration de la couverture, suite

## Réparations et entretien

Les réparations effectuées après l'expiration de la période de garantie OU les réparations des éléments de votre autocaravane exclus de la couverture seront considérées comme des réparations « de faveur ». Des réparations sous garantie sont attendues. TMC pourra utiliser des pièces neuves ou réusinées, ou des composants de qualité sensiblement égale pour effectuer une réparation.

Les réparations sous garantie des défauts, des surfaces intérieures ou extérieures endommagées, de la garniture, du garnissage ou d'autres articles liés à l'apparence auront être effectuées à l'usine pendant l'assemblage **OU** au concessionnaire après la livraison de l'autocaravane chez celui-ci. Normalement, un défaut ou un endommagement sont constatés, puis réparés en usine ou par le concessionnaire lors du processus d'inspection. Si vous constatez un défaut ou un endommagement de votre autocaravane lorsque vous en prenez livraison, vous **DEVEZ** en aviser votre concessionnaire **OU** TMC dans les dix (10) jours de la date d'achat en vue d'une réparation gratuite.

Certains produits d'étanchéité, composants, appareils et systèmes nécessitent des révisions et des réglages dans le cadre des obligations de maintenance qui sont détaillées dans la section de documentation en ligne de TMC pour les propriétaires et disponibles sur le site de Thor Motor Coach : **https://www.thormotorcoach.com/owners/**

L'obligation d'entretien, notamment l'entretien des joints d'étanchéité, n'est pas couverte par la présente garantie limitée. Au cours des 90 premiers jours de la garantie limitée, votre concessionnaire effectuera gratuitement sur demande les réglages, y compris celui des systèmes coulissants, des portes intérieures et extérieures, des tiroirs et des verrous; par la suite, vous devrez vous acquitter de l'obligation d'entretien.



## Facteurs qui libère les obligations sous garantie de Thor Motor Coach

Les facteurs suivants de défectuosité libéreront TMC de toute obligation de réparation sous garantie expresse ou implicite : autocaravane utilisée à des fins de location ou vendue ou enregistrée hors des États-Unis ou du Canada; transfert de la garantie limitée au-delà d'un second propriétaire au détail; usage abusif ou négligence, accidents, modification non autorisée, manquement à l'entretien raisonnable et nécessaire (cf. Guide d'utilisation), dommages (conduite hors route, collision, feu, vol, vandalisme, explosions), chargement qui excède les capacités nominales, compteur kilométrique trafiqué.

## Recours judiciaires

**LA COMPÉTENCE EXCLUSIVE POUR STATUER SUR LES LITIGES JURIDIQUES RELATIFS À LA VIOLATION ALLÉGUÉE DE LA GARANTIE EXPRESSE ET À LA VIOLATION DES GARANTIES IMPLICITES DÉCOULANT DE L'APPLICATION DE LA LOI AINSI QUE CEUX RELATIFS AUX DÉCLARATIONS DE QUELQUE NATURE QUE CE SOIT DOIVENT ÊTRE PORTÉS DEVANT UN TRIBUNAL DE L'ÉTAT OU FÉDÉRAL SITUÉ DANS L'ÉTAT DE FABRICATION, SOIT L'INDIANA. EN OUTRE, L'INTERPRÉTATION DE CETTE GARANTIE LIMITÉE DOIT ÊTRE CONFORME AUX LOIS DE L'ÉTAT DE L'INDIANA. TOUTES LES RÉCLAMATIONS, CONTROVERSES ET CAUSES D'ACTION DÉCOULANT DE OU SE RAPPORTANT À CETTE GARANTIE LIMITÉE, QUE CE SOIT FONDÉ EN CONTRAT, EN RESPONSABILITÉ CIVILE DÉLICTUELLE OU EN LOI, SERONT RÉGIES PAR LES LOIS DE L'ÉTAT DE L'INDIANA, AVEC SES DÉLAIS DE PRESCRIPTION, SANS DONNER EFFET À QUELQUE PRINCIPE RELATIF AUX CONFLITS DE LOIS QUI ABOUTIRAIT À L'APPLICATION DES LOIS D'UN AUTRE TERRITOIRE.**

CETTE GARANTIE LIMITÉE VOUS DONNE DES DROITS JUDICIAIRES PRÉCIS. VOUS POUVEZ AUSSI AVOIR D'AUTRES DROITS, SELON L'ÉTAT OU LA PROVINCE DE RÉSIDENCE.



## Recours – réparation

La responsabilité exclusive de TMC est la réparation des défauts couverts par la garantie, constatés pendant sa période de couverture, si :

**(1)** vous avisez TMC ou un concessionnaire agréé du défaut en question dans les 10 jours de sa découverte ;

**(2) ET** vous apportez votre autocaravane à TMC ou à un concessionnaire agréé (à vos frais). À noter cependant que TMC se réserve le droit, selon les réparations à effectuer, de vous demander d'apporter l'autocaravane à ses installations de l'Indiana, à un autre centre d'entretien agréé ou concessionnaire.

**RECOURS DE RÉSERVE** : En cas d'échec de la réparation du défaut (recours principal), malgré un nombre raisonnable de tentatives, votre recours exclusif sera la réparation du défaut aux frais de TMC par un garage indépendant de votre choix OU, si le défaut est irréparable, TMC vous versera une indemnisation pour les dommages.

Les deux recours (réparation et de réserve) **DOIVENT** être utilisés **ET** ne pas remplir leur rôle fondamental avant de pouvoir faire appel à un recours judiciaire ou légitime motivé par la rupture de cette garantie expresse ou d'une garantie implicite. Si vous demandez des dommages-intérêts en ce qui concerne la valeur diminuée, vous et TMC (ou la personne qui émet l'avis sur la valeur diminuée) DEVEZ, avec spécificité, divulguer au juge ou au jury comment le chiffre de la valeur diminuée a été calculé afin que l'exactitude puisse être vérifiée par réplication. Si le chiffre de la valeur diminuée ne peut pas être vérifié par la réplication, vous et TMC convenez que l'avis de valeur diminuée ne sera pas utilisé pour déterminer le recours en cas de violation de la garantie.

**CETTE GARANTIE LIMITÉE N'EST PAS UNE GARANTIE QUI PROMET OU ASSURE UN FONCTIONNEMENT FUTUR : ELLE NE FAIT AUCUNE DÉCLARATION SUR LE FONCTIONNEMENT FUTUR DE VOTRE AUTOCARAVANE, MAIS PRÉSENTE SEULEMENT LE RECOURS EN CAS DE DÉFAUT ACTUEL.**



## Service sous garantie

Pour obtenir un service sous garantie, il vous suffit de prendre rendez-vous avec un établissement d'entretien et de réparation sous garantie agréé, puis d'y amener votre autocaravane (à vos frais). Si vous avez besoin d'aide pour trouver un garage effectuant le travail sous garantie, communiquez avec le service de la garantie de TMC au :

**877 855-2867**

L'adresse postale est :

**Thor Motor Coach**
**P.O. Box 1486**
**Elkhart, IN 46515-1486 É.-U. (USA)**

**THOR MOTOR COACH**
**PO BOX 1486**
**ELKHART, INDIANA 46515-1486**
**877-855-2867**

**thormotorcoach.com**

**TMC Part Number / Numéro de pièce TMC : 0495898**
**Rev. Date / Date de rév. : 03/01/2021**