# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BONITA HUNT,<br><br>    Plaintiff,<br><br>v.<br><br>THOR MOTOR COACH, INC. AND MERCEDES BENZ SOUTH USA, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.:<br>1:24-CV-4666-VMC |

## MOTION TO DISMISS MERCEDES-BENZ USA, LLC

COMES NOW Mercedes-Benz USA, LLC ("MBUSA") by and through undersigned counsel of record, and files this Special Appearance Motion to Dismiss without consenting to the jurisdiction of this court on the basis improper identification of MBUSA as Defendant and failure of service and for the reasons more fully described in the attached brief.

Wherefore, MBUSA respectfully requests that this Court grant its Motion and dismiss all claims against it.

This 5th day of December, 2024.

        Watson Spence LLP

        ***/s/ Michael R. Boorman***
        Michael R. Boorman
        Georgia Bar No. 067798
        Tatiana A. Mosbey
        Georgia Bar No. 588387
        600 Peachtree Street NE
        Suite 2320
        Atlanta, Georgia 30308
        Telephone: (229) 436-1545
        Facsimile: (229) 436-6358
        mboorman@watsonspence.com
        tmosbey@watsonspence.com
        *COUNSEL FOR MERCEDES BENZ USA, LLC*

# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that this document was prepared in Times New Roman, 14-point font pursuant to LR 5.1(c), NDGa.

Respectfully submitted this 5th day of December, 2024.

W<small>ATSON</small> S<small>PENCE</small> LLP

***/s/ Michael R. Boorman***
Michael R. Boorman
Georgia Bar No. 067798

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Bonita Hunt<br>1718 Connally Drive<br>East Point, GA 30344<br>md2bhunt@icloud.com<br>*Plaintiff* | Mark Lefkow<br>Xiaoya Zhu<br>COPELAND, STAIR, VALZ & LOVELL, LLP<br>191 Peachtree Street, N.E.<br>Suite 3600<br>Atlanta, Georgia 30303<br>mlefkow@csvl.law<br>xzhu@csvl.law<br>*Counsel for Thor Motor Coach* |

This 5th day of December, 2024.

WATSON SPENCE LLP

***/s/ Michael R. Boorman***
Michael R. Boorman
Georgia Bar No. 067798