FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 19 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA

BONITA HUNT
1718 CONNALLY
EAST POINT, GEORGIA 30344

CASE NO. 1:24-CV-04666-VMC

PLAINTIFF

COMPLAINT AND JURY DEMAND

– VS. –

THOR MOTOR COACH, INC.
C/O CT CORPORATION SYSTEM, S/A
150 WEST MARKET ST., STE 800
INDIANAPOLIS, IN 46515

AND

MERCEDES-BENZ USA, LLC
C/O COMMERCIAL REGISTERED AGENT, S/A
C T CORPORATION SYSTEM
410 PEACHTREE PARKWAY SUITE 4245
CUMMING, GEORGIA 30041

DEFENDANTS

---

**PLAINTIFF'S RESPONSE TO DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION TO DISMISS**

I. INTRODUCTION

COMES NOW the Plaintiff, Bonita Hunt, pro se, and submits this Response in Opposition to Defendant Mercedes-Benz USA, LLC's Motion to Dismiss. Plaintiff respectfully requests that the Court deny the motion in its entirety, as Defendant's arguments lack merit and do not justify dismissal of the case.

## II. DEFENDANT'S DEFENSES AND PLAINTIFF'S RESPONSES

### 1. Alleged Service Defect

Mercedes-Benz USA claims that Plaintiff failed to properly serve the Complaint. However, Plaintiff asserts that Defendant received actual notice of the lawsuit, which fulfills the purpose of Rule 4 under the Federal Rules of Civil Procedure.

Even if a technical defect exists, the Court may grant leave to cure defective service under Rule 4(m). Defendant has not shown any prejudice as a result of the alleged defect.

### 2. Failure to State a Claim

Mercedes-Benz argues that Plaintiff has failed to state a claim. This argument is without merit, as Plaintiff has clearly alleged sufficient facts to demonstrate actionable claims, including breach of warranty, negligence, and violations of consumer protection laws.

The Complaint details specific defects in the RV, failed repair attempts, and resulting harm to Plaintiff and occupants. These allegations, if proven, satisfy the legal requirements for the claims asserted.

### 3. Additional Defenses

Mercedes-Benz raises additional defenses that are unsupported by the facts or law. Plaintiff respectfully asserts that such defenses are premature at this stage and should be addressed after discovery is conducted.

Defendant's motion fails to demonstrate that Plaintiff's claims are legally insufficient, and dismissal is therefore unwarranted.

## III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Mercedes-Benz USA, LLC's Motion to Dismiss in its entirety and allow this case to proceed to discovery.

Respectfully submitted, this 19th day of December 2024.

Bonita Hunt

_____

1718 Connally Drive
East Point, Georgia, 30344
Email: md2bhunt@icloud.com
Phone: 770-317-5418