IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 19 2024
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

BONITA HUNT
1718 CONNALLY
EAST POINT, GEORGIA 30344

CASE NO. 1:24-CV-04666-VMC

PLAINTIFF

COMPLAINT AND JURY DEMAND

- VS. -

THOR MOTOR COACH, INC.
C/O CT CORPORATION SYSTEM, S/A
150 WEST MARKET ST., STE 800
INDIANAPOLIS, IN 46515

AND

MERCEDES-BENZ USA, LLC
C/O COMMERCIAL REGISTERED AGENT, S/A
C T CORPORATION SYSTEM
410 PEACHTREE PARKWAY SUITE 4245
CUMMING, GEORGIA 30041

DEFENDANTS

---

## PLAINTIFF'S RESPONSE TO DEFENDANT THOR MOTOR COACH, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

1. I. INTRODUCTION

Plaintiff respectfully submits this response to Thor Motor Coach, Inc.'s ("Thor") Reply Brief in Support of its Motion to Dismiss. Thor's reply raises several points that require clarification and rebuttal to ensure the Court has a clear understanding of the issues and the applicable legal standards.

## II. RESPONSE TO ARGUMENTS

### A. Repair Doctrine and Warranty Coverage

Thor contends that the repair doctrine does not apply. However, case law supports the application of this doctrine when a manufacturer's repeated repair attempts extend beyond the warranty period, rendering the statute of limitations inapplicable. In Pack v. Thor Motor Coach, Inc., No. 19-cv-583-MAK (E.D. Pa.), the court emphasized that the repair doctrine serves to protect consumers who act in good faith to resolve issues during the warranty period.

Thor's assertion that there is no structural warranty beyond one year is inconsistent with industry practices. Plaintiff has provided evidence indicating that Thor offers a 12-year structural warranty on certain models. While Thor argues that Mercedes-Benz installed the roof, Thor retains responsibility for the overall structural integrity of its RVs.

### B. Specific Defects and Structural Claims

Plaintiff's allegations include structural defects such as the "Front Cap Loose and Flexing," akin to the issues raised in Bloomer v. Thor Motor Coach, Inc., where the court allowed claims to proceed based on structural defects under warranty. This precedent supports Plaintiff's position that her claims are valid.

### C. Timeliness of Claims Under the Magnuson-Moss Warranty Act

Thor's argument that Plaintiff's claims are time-barred lacks merit. The Magnuson-Moss Warranty Act claims are governed by state law limitations periods, which vary based on specific circumstances. In Ferro v. Volvo Penta of the Americas, LLC, 731 F. App'x 208, 210 (4th Cir. 2018), the court applied a four-year statute of limitations for breach of warranty claims. Plaintiff's diligent pursuit of repairs and communications with Thor further toll the limitations period.

### D. Other Legal Arguments and Procedural Issues

Thor's assertion that Plaintiff has not provided sufficient case law citations is unfounded. Plaintiff has relied on decisions such as Simpson v. Thor Motor Coach, Inc., No. 3:19-cv-33 (N.D. Ind.) and Pack v. Thor Motor Coach, Inc., among others, to substantiate her claims.

## III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Thor's Motion to Dismiss in its entirety and allow this matter to proceed.

Plaintiff remains committed to resolving this dispute and ensuring the safety and reliability of the subject vehicle.

Respectfully submitted, this 19th day of December 2024.

Bonita Hunt

Pro Se

_____

1718 Connally Drive

East Point, Georgia, 30344

Email: md2bhunt@icloud.com

Phone: 770-317-5418